CO-386-online
10/03

# United States District Court
# For the District of Columbia

**FILED**

JUN 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES, F/U/B/O, )
GLOBAL COMMERCIAL CONSTRUCTION, INC. )
7520 Fenwick Cove Lane, Orlando, Florida 32819 )
)
                                    Plaintiff )    Civil Acti    CASE NUMBER   1:06CV01210
              VS                            )
                                            )      JUDGE: Emmet G. Sullivan
LIBERTY MUTUAL INSURANCE COMPANY            )
Interchange Corporate Center                )      DECK TYPE: Contract
450 Plymouth Road, Suite 400, Plymouth Meeting, PA 19462 )
                                            )      DATE STAMP: 06/30/2006
                                    Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  GLOBAL COMMERCIAL CONSTRUCTION, INC.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____NONE_____ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

**D.C. Bar No. 11484**
BAR IDENTIFICATION NO.

**Laurence Schor**
Print Name

**1155 Fifteenth Street, N.W. Suite 900**
Address

**Washington,            DC**
City                     State            Zip Code

**202-296-9260**
Phone Number

2