**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLOBAL COMMERCIAL CONSTRUCTION INC )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LIBERTY MUTUAL INSURANCE )<br>COMPANY )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1210 (EGS) |

**ORDER TO SHOW CAUSE**

The Court hereby, sua sponte, ORDERS Plaintiff to show cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 4(m) by no later than **November 13, 2006.**

**Signed:    EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE
October 19, 2006**