U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

United States, F/U/B/O, Global Commercial Construction, Inc.

vs.

Liberty Mutual Insurance Company

No. 1:06CV01210

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Complaint and Consent to Proceed Before a United States Magistrate Judge for All Purposes in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:15 pm on October 12, 2006, I served Liberty Mutual Insurance Company c/o CT Corporation System at 1015 15th Street, NW, Suite 1000, Washington, DC 20005 by serving Melanie Henderson, Fulfillment Specialist, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     32
HEIGHT-  5'7"
HAIR-    BLACK
WEIGHT-  160
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 10/13/06
Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 178047

10/19/2006 17:21 CAPITOL PROCESS SERVICES → 6593232 NO.150 D02
Case 1:06-cv-01210-EGS Document 4 Filed 10/24/2006 Page 2 of 3

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

UNITED STATES, F/U/B/O,
Global Commercial Construction, Inc.
7520 Fenwick Cove Lane
Orlando, Florida 32819

SUMMONS IN A CIVIL CASE

V.

LIBERTY MUTUAL INSURANCE COMPANY
Interchange Corporate Center
450 Plymouth Road, Suite 400, Plymouth
Meeting, PA 19462

CASE NUM

CASE NUMBER 1:06CV01210

JUDGE: Emmet G. Sullivan

DECK TYPE: Contract

DATE STAMP: 06/30/2006

TO: (Name and address of Defendant)

LIBERTY MUTUAL INSURANCE COMPANY
Serve: CT Corporation System
1015 15th Street, N.W., Suite 1000
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Laurence Schor, Susan L. Schor, Dennis C. Ehlers
McManus, Schor, Asmar & Darden, L.L.P.
1155 Fifteenth Street, N.W. Suite 900
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JUN 30 2006

CLERK                                DATE

CAPITOL PROCESS SERVICES, INC.
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009-5526
-----------

TELEPHONE (202) 667-0050
FACSIMILE (202) 667-2520

FACSIMILE COVER SHEET

**TO:** ARASH

**COMPANY:** MCMANUS SCHOR ASMAR & DARDEN LLP

**FROM:** Nicole G. Davis @ ext. 102

**DATE:** October 19, 2006

**TELEPHONE:** 202-296-9260

**TELECOPY:** 202-659-3732

THIS TRANSMISSION CONSISTS OF **3** PAGES, INCLUDING THIS COVER LETTER.

---

**COMMENTS:**

Caution: The information contained in this facsimile message is privileged and confidential and is intended only for the individual or entity named above. If you, the reader of this message, are not the intended recipient, you are strictly prohibited from disseminating, distributing, or copying the information contained in this message. If you have received this message in error, please notify us immediately by telephone and return the original message to us at the address above. We will reimburse postage. Thank You.

Please call the transmitting office if the transmission is incomplete or illegible in any way.