UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
GLOBAL COMMERCIAL CONSTRUCTION )
INC                            )
                               )
           Plaintiff,          )   Civil Action No. 06-1210 (EGS)
     v.                        )
                               )
LIBERTY MUTUAL INSURANCE       )
COMPANY                        )
                               )
           Defendant.          )
                               )
```

## ORDER

Upon consideration of the plaintiff's response to the Order to Show Cause, it is hereby

**ORDERED** that plaintiff's obligations with respect to the Order to Show Cause are deemed **DISCHARGED;** and it is

**FURTHER ORDERED** that defendant is directed to file responsive pleadings by no later than **November 10, 2006;** and it is

**FURTHER ORDERED** that an Initial Status Conference is scheduled for **December 6, 2006 at 12:15 p.m.** Pursuant to LCvR 16.3 of the Local Rules and Fed. R. Civ. P. 26(f) counsel shall meet and confer by no later than **November 22, 2006** and submit their Report addressing all topics listed in LCvR 16.3(c) by no later than **November 29, 2006.**

```
Signed:    EMMET G. SULLIVAN
           UNITED STATES DISTRICT JUDGE
           November 1, 2006
```