UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GLOBAL COMMERCIAL CONSTRUCTION INC ) ) ) )<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIBERTY MUTUAL INSURANCE COMPANY ) ) ) )<br>Defendant. )<br>) | Civil Action No. 06-1210 (EGS) |

**ORDER**

Upon review of the joint report filed pursuant to Local Rule 16.3(d), it is hereby

**ORDERED** that initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) shall be served by plaintiff no later than **JANUARY 16, 2007** and shall be served by defendant no later than **FEBRUARY 16, 2007**; and it is

**FURTHER ORDERED** that the parties shall jointly submit an amended LCvR 16.3 Report that includes a discovery plan and proposed dates for dispositive motions by no later than **FEBRUARY 23, 2007**. The Court will issue an appropriate scheduling order within a reasonable time after receiving the parties' amended LCvR 16.3 Report.

**Signed:   EMMET G. SULLIVAN**
**UNITED STATES DISTRICT JUDGE**
**December 7, 2006**