UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL COMMERCIAL CONSTRUCTION INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1210 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S RULE 26(a)(1)(A) DISCLOSURE

In accordance with the Court's December 7, 2006 Order, Plaintiff Global Commercial Construction, Inc. ("Global"), through undersigned counsel, hereby submits its Rule 26(a)(1) disclosures. Global reserves the right to amend this disclosure statement and propound additional discovery pursuant to Rules 26 *et seq.*

The following is a list of persons known to Global to have discoverable information that Global may use to support its claims, unless solely for impeachment.

1. Joseph McCarthy, Global Commercial Construction, 7520 Fenwick Cove Lane, Orlando, FL 32819, (407) 370-3009; Mr. McCarthy has knowledge of all aspects of this action, including but not limited to the terms and conditions of Global's sub-subcontract ("Sub-subcontract") with Byrne Millwork ("Byrne"), Global's performance under the purchase order, the difficulties Global encountered in performance, Sigal Construction Corporation's request that Global complete its performance under the Sub-subcontract after Byrne was terminated, Byrne's and Sigal's failure to pay Global, and Global's demands for payment to defendant Liberty Mutual Insurance Company ("LMIC");

2. Peggy McCarthy, Global Commercial Construction, 7520 Fenwick Cove Lane, Orlando, FL 32819, (407) 370-3009; Ms. McCarthy has knowledge of the terms of the Sub-subcontract, the nature of the work performed by Global, the expenses Global incurred and paid, the billings from Global to Byrne and SIGAL, and the payments made by Byrne and SIGAL;

3. Kerric T. Baird, Vice-President, SIGAL Construction Corporation, 3299 K St., NW, Washington, D.C. 20007, (202) 944-6600; Mr. Baird has knowledge of Global's performance on the project and SIGAL's agreement to pay Global for completion of the work under the Sub-Subcontract;

4. Taryn Morgan, Project Manager, SIGAL Construction Corporation, 3299 K St., NW, Taryn Washington, D.C. 20007; Ms. [??] Morgan has knowledge of Byrne's and Global's performance on the project and Sigal's agreement to pay Global for completion of the work under the Sub-Subcontract;

5. Derrick Osborne, Byrne Millwork, 21 Bellecor Dr., New castle, DE 19720-1755, (302) 326-0500; Mr. Osborne has knowledge of the terms and provisions of the Sub-Subcontract and knowledge of Byrne's and Global's performance on the project before Byrne was terminated;

6. Mark Werner, Vice President of Purchasing, Byrne Millwork, 21 Bellecor Dr., New castle, DE 19720-1755, (302) 326-0500; Mr. Werner has knowledge of the terms and provisions of the Sub-Subcontract and knowledge of Byrne's and Global's performance on the project before Byrne was terminated;

7. Tim McCarthy, Matthew Buchanan, Joel Myers, and Daniel Chavez - Global employees who have knowledge of Global's performance on the project;

8. Wally Daly, Kevin Tessler, Tom Pilgrim, Nelson Werntz, Freddie Deats, , Larry Sanders, Frank Clegg, Larry Bleakley, Dan Stacey, Pat Totulis, Jose Mena, Steve Steverson, Steve Sonefeld, Michael Wiley, Sarah Richards, Kevin Rilchen, Christopher Edmondson - Global employees who have knowledge of Global's performance on the project;

9. Bryan Kupczyk – Project Forman – Global Commercial Construction, 7520 Fenwick Cove Lane, Orlando, FL 32819, (407) 370-3009; Mr. Kupczyk has knowledge of Global's performance on the project;

10. Richard Smoker – former Byrne Millwork employee now with Ilex Woodworking, 1799 Ridgely St., Baltimore, MD. Mr. Smoker has knowledge of the Byrne – Global subcontract terms, Global's work at the site and the Byrne – Sigal subcontract.

 Respectfully submitted,

Global Commercial Construction Inc.

/s/
_____
Laurence Schor, Bar. No. 11494

McManus, Schor, Asmar & Darden, L.L.P.
1155 15th Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 296-9260
(202) 659-3732 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by e-fling this 16th day of January 2007 on:

Jeffrey G. Gilmore, Esq.
Akerman Senterfitt Wickwire Gavin
8100 Boone Blvd.
Suite 700
Vienna, Virginia 22182

Counsel for Defendant Liberty Mutual
    Insurance Company

                                              /s/
                                     Laurence Schor