UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL COMMERCIAL CONSTRUCTION INC.<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1210 (EGS)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Court will please dismiss the instant action with prejudice, each party to bear its own fees and costs.

Respectfully submitted,

GLOBAL COMMERCIAL CONSTRUCTION INC.

_____/s/_____
Laurence Schor, Bar. No. 11494
McManus, Schor, Asmar & Darden, L.L.P.
1155 15th Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 296-9260
(202) 659-3732 (facsimile)
lschor@msadlaw.com

LIBERTY MUTUAL INSURANCE COMPANY

_____/s/_____
Jeffrey G. Gilmore, Bar No. 388362
Akerman Senterfitt Wickwire Gavin
8100 Boone Blvd., Suite 700
Vienna, Virginia 22182
(703) 790-8750
(703) 448-1801 (facsimile)
Jeff.gilmore@akerman.com